No. 1036. The Fajardo Sugar Company, Plaintiff and Appellant, *v.* Santiago et al., Defendants and Respondents.—Appeal from the District Court of San Juan, Section 1. Motion of the respondents to dismiss the appeal. De-

cided October 10, 1913. Appeal dismissed because of failure to file the transcript of the record within the 30 days fixed by law, the plea that an appeal was pending from the refusal of the lower court to accept the statement of the case being insufficient. *Mr. Luis Muñoz Morales* for appellant. *Messrs. José E. Benedicto* and *Celestino Iriarte, Jr.,* for respondents.